IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 11 PM 2:57

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

v                                    Cr. No. 01-20017-D

LEE WAYNE CHAMPION

## ORDER REVOKING BOND

This cause came on to be heard on 05/05/05, pursuant to a petition for revocation of bond filed by the United States Probation Office, alleging violation of the conditions of the defendant's supervised release. The defendant admitted the allegations and the court determined that the conditions of the defendant's release had been violated; therefore, it is ORDERED that the defendant's bond be and hereby is revoked. The defendant will be held in custody pending the a final revocation hearing.

IT IS SO ORDERED.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE: May 09, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  5/11/05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 124 in case 2:01-CR-20017 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT