UNITED STATES DISTRICT COURT
Western District of Tennessee

FILED BY ____ D.C.

05 JUL -7 PM 12: 28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:01CR20017-01-D

LEE WAYNE CHAMPION
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Lee Wayne Champion, was represented by Doris A. Randle-Holt, Esq.

It appearing that the defendant, who was convicted on July 19, 2001, in the above styled cause and was placed on Supervised Release for a period of four (4) years and has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **six (6) months.**

The defendant is remanded to the custody of the United States Marshal.

Signed this the 6th day of July, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 03/08/1969
U.S. Marshal No.: 17624-076
Defendant's Mailing Address: 864 Old Brownsville Road, Ripley, TN 38063

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 127 in case 2:01-CR-20017 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT